**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**James Ardell CANADY, Defendant—
Appellant.**

No. 09–7659.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2010.

Decided: March 4, 2010.

James Ardell Canady, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Canady appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction in sentence. The district court found that the drug offenses for which Canady was convicted involved more than 4500 grams of cocaine base, and thus a reduction was not warranted. Because our review of the record reveals no reversible error, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*